IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TERRIE HILL, Individually and as Representative of the Estate of Virginia Hill, and on Behalf of All Wrongful Death Beneficiaries of the Estate of Virginia Hill, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS HERITAGE OAKS NURSING AND REHABILITATION CENTER, LLC d/b/a HERITAGE OAKS NURSING AND REHABILITATION CENTER, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:16-CV-069-C |

## ORDER OF DISMISSAL

The Court having considered the Stipulation of Dismissal with Prejudice filed September 15, 2016,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated September 16, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE